IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANTHONY REYNAGA,    Plaintiff,    vs. JOSEPH M. ARPAIO,    Defendant. | CIV 05-02610 PHX JAT MEA REPORT AND RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE |

Plaintiff filed his complaint on August 29, 2005. On January 11, 2006, the Court ordered Plaintiff to complete and return a service packet for Defendant to the Court by January 31, 2006. That order warned Plaintiff that his failure to timely comply with the provisions of the Court's order would result in the dismissal of the complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure. Plaintiff has not returned a service packet to the Court for Defendant.

Plaintiff was warned that his failure to acquire a waiver of service from Defendant or to complete service of process on Defendant within 60 days of the date the service order was filed, by March 13, 2006, would result in the dismissal of the complaint pursuant to Rule 4(m), Federal Rules of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States District Court for the District of Arizona Local Rules of Civil

Procedure. The civil docket in this matter indicates that Plaintiff has failed to acquire a waiver of service from Defendant or to complete service of process on Defendant.

On March 14, 2006, the Court gave Plaintiff until April 21, 2006, to show cause why this case should not be dismissed for Plaintiff's failure to comply with the Court's order of January 11, 2006, and Plaintiff's failure to effect service of process on Defendant as required by the Court's order of January 11, 2006, and Rule 4, Federal Rules of Civil Procedure. Plaintiff has failed to show cause for his failure to abide by the Court's orders and to effect service of process on Defendant.

**THEREFORE, IT IS RECOMMENDED that** this case be dismissed for Plaintiff's failure to serve the Defendant in this matter and for Plaintiff's failure to comply with the Court's order of January 11, 2006.

DATED this 11th day of May, 2006.

_____
Mark E. Aspey
United States Magistrate Judge